

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Beatrice Rachelle Adams, Appellant

No. 06-22-00108-CR     v.

The State of Texas, Appellee

Appeal from the County Court of Camp County, Texas (Tr. Ct. No. CM-18-17,629). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating. Concurring Opinion by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Beatrice Rachelle Adams, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 31, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk